UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 25 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERTO ZAMBRANO-CORONA (1),<br><br>          Defendant. | CASE NO. **12CR3536-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

X     the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

X     of the offense(s) as charged in the Indictment:

   21 USC 841(a)(1) & 846 Conspiracy to distribute mariajuana; 21 USC 41(a)(1) Possession of marijuana with intent to distribute; 18 USC 2 Aiding and abetting.

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 24, 2012

                                     Janis L. Sammartino
                                     U.S. District Judge